UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,    ) | |
| Plaintiff,    ) | |
| v.    ) | NO. 2:24 CR 00041-PPS/JEM |
| OSCAR VALDIVIA-SALAS,    ) | |
| Defendant.    ) | |

### ORDER

This matter is before me on the findings and recommendation of Magistrate Judge John E. Martin relating to defendant Oscar Valdivia-Salas' decision to plead guilty to the indictment pursuant to Rule 11 of the Federal Rules of Criminal Procedure. [DE 18, 20.] Following a hearing held on the record on August 29, 2024 [DE 20], Judge Martin found that defendant understands the charge, his rights, and the maximum penalties; that defendant is competent to plead guilty; that there is a factual basis for defendant's plea; and that the defendant knowingly and voluntarily entered into his decision to enter a plea of guilty to the indictment charging him with reentry of removed aliens after receiving a conviction for a felony in violation of 8 U.S.C. § 1326(a) and (b)(1). Judge Martin recommends that the Court accept defendant's plea of guilty and proceed to impose sentence. More than 14 days have passed and no timely objections were filed.

ACCORDINGLY:

Having reviewed the Magistrate Judge's findings and recommendation concerning defendant Oscar Valdivia-Salas' plea of guilty, to which no timely objections were filed, the Court hereby ADOPTS the findings and recommendation [DE 20] in their entirety.

Defendant, Oscar Valdivia-Salas, is adjudged GUILTY of the indictment. The sentencing hearing is HEREBY RECONFIRMED for January 24, 2025, at 9:30 a.m. Hammond/Central time.

ENTERED: January 15, 2025.

 /s/   Philip P. Simon
PHILIP P. SIMON, JUDGE
UNITED STATES DISTRICT COURT